IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Osiris Henderson,  )
                                          ) 2:12-cv-0800-GEB-DAD
        Plaintiff,  )
                                          )
    v.  ) <u>ORDER DENYING DISMISSAL</u>
                                          ) <u>MOTION AS MOOT</u>
Carrington Mortgage Services,  )
LLC, Atlantic & Pacific  )
Foreclosure Services, LLC,  )
Deutsche Bank National Trust  )
Company,  )
                                          )
        Defendant.  )
_____  )

        On April 5, 2012, Defendant Carrington Mortgage Services, LLC filed a motion to dismiss Plaintiff's Complaint. (ECF No. 6.) However, Plaintiff timely filed a First Amended Complaint on April 26, 2012, which is now the operative pleading. Since Defendant's April 5, 2012 dismissal motion does not address the operative pleading, it is denied as moot.

Dated: May 4, 2012

                                                _____
                                                GARLAND E. BURRELL, JR.
                                                United States District Judge